UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEVIN STRAUB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:04CV1110 RWS |
| ) | |
| CORRECTIONAL MEDICAL ) | |
| SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on a review of the file. The Court notes that plaintiff has yet to obtain service on defendant Elaine Moore. It remains plaintiff's responsibility to obtain service of this defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure by providing an appropriate address for service of process. If plaintiff fails to provide an address by **August 14, 2005**, defendant Elaine Moore will be dismissed without prejudice for failure to obtain timely service.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall provide the Clerk of the Court with an appropriate address for service of process for defendant Elaine Moore by **August 14, 2005**, or plaintiff's complaint against defendant Moore will be

dismissed without prejudice for lack of timely service.

**IT IS FURTHER ORDERED** that plaintiff's motion for an extension of time [#51] is granted.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 13th day of July, 2005.